1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

WALTER SOLOMON,

8

Plaintiff,

9

v.

C19-1469 TSZ

10

C.R. BARD, INC.; and BARD
PERIPHERAL VASCULAR, INC. ,

MINUTE ORDER

11

12

Defendants.

13

The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

14

15

16

(1)     The unopposed motion, docket no. 28, brought by Ben C. Martin and Maria
Sophia Diamond for leave to withdraw as counsel of record for plaintiff Walter Solomon
is GRANTED.  Ben C. Martin and the firm of Martin Baughman, PLLC[1] and Maria
Sophia Diamond and the firm of Diamond Massong, PLCC are granted leave to withdraw
effective immediately.

17

18

19

(2)     If plaintiff Walter Solomon wishes to be represented by counsel, he shall
arrange for an attorney authorized to practice in this Court to file a notice of appearance
on or before September 4, 2020.  Absent timely filing of a notice of appearance, the
Court will deem plaintiff as proceeding pro se in this litigation.

20

21

22

[1] Other members of the firm of Martin Baughman, PLLC, including Cameron E. Dean, who is
listed in the current motion, docket no. 28, but who has not appeared in this action, and Joshua
Upthegrove, who signed the Amended Complaint, docket no. 17, but never sought pro hac vice
status, are also granted leave to withdraw.

23

MINUTE ORDER - 1

1

     (3)    Plaintiff is advised that, if he proceeds pro se, he will have an obligation to keep the Court apprised of his contact information and to provide the Court with any

2

change of address.  Plaintiff is also advised that, if he proceeds pro se, he will be expected to comply with the rules and orders of this Court and that he will be held to the

3

same standards as lawyers authorized to practice before this Court.

4

     (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.  **Mr. Martin and/or Ms. Diamond are DIRECTED to serve a copy of this**

5

**Minute Order on plaintiff and to file proof of service within seven (7) days of the**

**date of this Minute Order.**

6

     Dated this 24th day of July, 2020.

7

8

                William M. McCool

                Clerk

9

                s/Karen Dews

                Deputy Clerk

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER - 2