UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WALTER SOLOMON,

            Plaintiff,

  v.

C.R. BARD, INC.; and BARD PERIPHERAL VASCULAR, INC.,

            Defendants.

C19-1469 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    In July 2020, Ben C. Martin and Maria Sophia Diamond were granted leave to withdraw as counsel of record for plaintiff Walter Solomon, and a deadline was set for plaintiff to arrange for an attorney authorized to practice in this Court to file a notice of appearance. *See* Minute Order (docket no. 29). Mr. Martin and Ms. Diamond were directed to serve a copy of the previous Minute Order on plaintiff and to file proof of such service. They did not file the requisite proof of service, and the Court is not persuaded that plaintiff was made aware that he is no longer represented in this matter. The deadline for plaintiff to secure substitute counsel is EXTENDED to November 20, 2020.

(2)    Defendants' motion to dismiss, docket no. 30, is RENOTED to December 11, 2020. Plaintiff is ADVISED that a response to defendants' motion to dismiss is due by December 7, 2020. In the absence of a timely response, the Court will conclude that plaintiff is no longer interested in pursuing this lawsuit and that the case should be dismissed.

MINUTE ORDER - 1

(3) The Clerk is DIRECTED to send a copy of this Minute Order to all counsel of record.  The Clerk is further DIRECTED to send a copy of this Minute Order and the Minute Order entered on July 27, 2020, docket no. 29, to plaintiff Walter Solomon at 502 Sterling Drive, Apt. 106, Bellingham, WA 98226.

Dated this 13th day of October, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2